

1:22-cr-00140-JAW

# Synopsis – Indictment (Sealed)

| | |
|---|---|
| **Name:** | PAUL A. ARCHER |
| **Address:** (City & State Only) | Lake Wales, FL (formerly of Penobscot County) |
| **Year of Birth and Age:** | 1979 (43) |
| **Violations:** | Count 1: Attempt to Evade or Defeat Tax (Evasion of Payment), in violation of 26 U.S.C. § 7201. |
| **Penalties:** | Count 1: Imprisonment of not more than 5 years, fine not to exceed $100,000, or both, together with the costs of prosecution. <br><br> This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Three years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | IRS CI S/A John Marini |
| **Detention Status:** | Arrest Warrant to Issue |
| **Foreign National:** | N/A |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Lizotte |
| **Guidelines apply?** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | $100.00 per count - 18 U.S.C. § 3013(a)(2)(A) |

1