UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. 1:22-CR-00140-JAW |
| PAUL ARCHER, | ) | |
|     Defendant | ) | |

# DEFENDANT PAUL ARCHER'S MOTION TO MODIFY CONDITIONS OF RELEASE (NO OBJECTION)

NOW COMES the Defendant, Paul Archer, by and through undersigned Counsel, and respectfully requests that this Honorable Court modify his conditions of release. In support thereof, Counsel states as follows:

1. Mr. Archer is charged pursuant to superseding indictment dated January 11, 2023. *ECF #31*.

2. Mr. Archer has been detained on a supervised release violation since October of 2023. See *ECF #78*.

3. Mr. Archer appeared before this Court on July 1, 2024 and the Court granted release and modified his conditions of supervision. *ECF #103, 105*.

4. Probation advised that Mr. Archer is unable to obtain the services of Cross Roads. Probation and the Government are in support of substituting 'Cross Roads' for 'Approved Treatment Provider' in provision 'h' of ECF #105.

5. Assistant United States Attorney Andrew Lizotte assents to the granting of the relief requested in this Motion.

1

WHEREFORE, Mr. Archer respectfully requests this Honorable Court modify his conditions of release together with any and all other relief that is fit and just.

Dated this 2nd day of July 2024, at Portland, Maine.

        Respectfully submitted,

*/David J. Bobrow*
Attorney for Defendant
BEDARD AND BOBROW, PC
9 Bradstreet Lane
P.O. Box 366
Eliot, ME 03903
207.439.4502
djblaw@bedardbobrow.com

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL ARCHER, )<br>      Defendant )<br>) | Crim. No. 1:22-CR-00140-JAW |

## **CERTIFICATE OF SERVICE**

I, David J. Bobrow, Esq., hereby certify that I have caused to be served via ECF the Defendant's Motion to Modify Conditions on the following individuals:

1.     Lizotte, Andrew (USAME) <Andrew.Lizotte@usdoj.gov>
2.     All other attorneys of record in this matter.

Dated this 2nd day of July 2024 at Eliot, Maine.

                                        Respectfully submitted,

                                        *s/David J. Bobrow*
                                        David J. Bobrow, Esq.
                                        Attorney for Defendant
                                        BEDARD AND BOBROW, PC
                                        9 Bradstreet Lane
                                        P.O. Box 366
                                        Eliot, ME 03903
                                        207.439.4502
                                        djblaw@bedardbobrow.com