UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 1:22-cr-0140-SDN |
| | ) | |
| PAUL ARCHER, | ) | |
|     DEFENDANT | ) | |

## PAUL ARCHER'S MOTION FOR DEPARTURE AND/OR VARIANT SENTENCE

NOW COMES Paul Archer, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to grant a departure and/or variance based upon the statutory guidance under 18 U.S.C. § 3553(a) and other factors, more specifically stated in the Sentencing Memorandum, and impose a non-guideline sentence. In support of this motion, Mr. Archer offers the following:

1) This matter is scheduled for a Sentencing Hearing on December 4, 2025.

2) Mr. Archer pleaded guilty to Attempt to Evade Tax in violation of 26 USC §7201 and Bankruptcy Concealment of Assets in violation of 18 USC §152(7) on May 6, 2025.

3) The Amended Presentence Report references a Guideline Range of 27-33 months incarceration.

4) Pursuant to 18 U.S.C. § 3553(a) and other factors, Mr. Archer asks the Court to consider a departure and/or variance as detailed in the Sentencing Memorandum filed on November 27, 2025.

Dated: November 28, 2025

                            Respectfully submitted,

                            */s/David J. Bobrow* .
                           Attorney for Paul Archer
                 DAVID J. BOBROW, OFFICE OF LAW, LLC



                           P.O. Box 466
                           Portland, Maine 04112
                           207-835-1525

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )  1:22-cr-0140-SDN |
| | ) |
| PAUL ARCHER, | ) |
| DEFENDANT | ) |

CERTIFICATE OF SERVICE

I, David J. Bobrow, Esq., hereby certify that I have caused to be served via ECF Paul Archer's Motion for a Departure and/or Variance on the following individuals:

1. AUSA Andrew Lizotte at andrew.lizotte@usdoj.gov;
2. All other attorneys of record in this matter.

Dated this day November 28, 2025 at Portland, Maine.

Respectfully submitted,

/s/David J. Bobrow   .
Attorney for Paul Archer
DAVID J. BOBROW, OFFICE OF LAW, LLC



P.O. Box 466
Portland, Maine 04112
207-835-1525